## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: LAYNE, REX, SR. | § | Case No. 07-10574 |
| LAYNE, PATTY A | § | |
| PERFORMANCE, VICTORY HIGH | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND             , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/18/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/14/2011      By: /s/ Michael G. Berland
                                 Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: LAYNE, REX, SR.  §<br>LAYNE, PATTY A  §<br>PERFORMANCE, VICTORY HIGH  §<br>Debtor(s)  § | Case No. 07-10574 |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 900,017.50 |
| *and approved disbursements of* | $ 416,842.59 |
| *leaving a balance on hand of* [1] | $ 483,174.91 |
| **Balance on hand:** | $ 483,174.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 483,174.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 14,000.00 | 0.00 | 14,000.00 |
| Trustee, Expenses - MICHAEL G. BERLAND | 38.64 | 0.00 | 38.64 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 14,038.64 |
| Remaining balance: | $ 469,136.27 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $       0.00
    Remaining balance:    $       469,136.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $       0.00
    Remaining balance:    $       469,136.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,174.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Marilyn Horton dba Flagstone Pro- | 5,731.25 | 0.00 | 5,731.25 |
| 2 | Capital Recovery One | 234.42 | 0.00 | 234.42 |
| 3 | Capital Recovery One | 313.36 | 0.00 | 313.36 |
| 4 | American Racing Wheels | 1,442.00 | 0.00 | 1,442.00 |
| 5 | Yellow Pages | 1,046.00 | 0.00 | 1,046.00 |
| 6 | B-Real, LLC | 407.73 | 0.00 | 407.73 |
| 9 | Eric Binder | 7,000.00 | 0.00 | 7,000.00 |

    Total to be paid for timely general unsecured claims:    $       16,174.76
    Remaining balance:    $       452,961.51

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 50,470.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | LaVerne(Mickey)Peterson | 26,000.00 | 0.00 | 26,000.00 |
| 8 | Grundy Bank | 24,470.10 | 0.00 | 24,470.10 |

Total to be paid for tardy general unsecured claims: $ 50,470.10
Remaining balance: $ 402,491.41

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 402,491.41

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.0% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $14,248.59. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $388,238.86.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                 Case No. 07-10574-BWB
Rex Layne                                                              Chapter 7
Patty A Layne
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: rmarola                Page 1 of 2                  Date Rcvd: Oct 17, 2011
                              Form ID: pdf006              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
db         +Rex Layne, Sr.,    1714 Dupont Ave.,    Morris, IL 60450-3625
jdb        +Patty A Layne,    1714 Dupont Ave.,    Morris, IL 60450-3625
11419394    AT&T,    PO Box 8100,    Aurora, IL 60507-8100
11419395    AT&T Wireless,    % Law Offices of Mitchell N. Kay,PC,    PO Box 2374,   Chicago, IL 60690-2374
11419393   +American Racing Wheels,    19067 S. Reyes Ave.,   Rancho Dominguez, CA 90221-5813
11419396    Capital One Bank,    PO Box 60024,    City Of Industry, CA 91716-0024
11419398    Citifinancial Mortgage,    PO Box 9023,    Des Moines, IA 50368-9023
11419399   +City of Morris,    320 Wauponsee St.,    Morris, IL 60450-2125
17620913   +Creditors Discount & Audit,    POBox 213,   Streator IL 61364-0213
17620915   +Dr Flatt,   1100 E Norris Dr,    Ottawa IL 61350-1604
11562947   +Eric Binder,    1389 Heritage Dr,    Morris IL 60450-1592
11562948   +Executive Financial Inc,    9663 Santa Monica Blvd 602,    Beverly Hills CA 90210-4303
11419401   +Grundy Bank,    201 N. Liberty,    Morris, IL 60450-2282
11419402   +Healthcare Centers of Morris Hosp.,    Central Billing Office,
             201 S. Wabena Ave., Low.Level Ste.B,    Minooka, IL 60447-8735
11419404   +LaVerne(Mickey)Peterson,    304 11th Street,    Marseilles IL 61341-1020
11419403   +Marilyn Horton dba Flagstone Pro-,    perties% Angela M. Fillenwarth Atty,   124 W. Washington St.,
             Morris, IL 60450-2145
11419405    Morris Hospital,    Business Office,   150 W. High St.,    Morris, IL 60450-1497
11562949   +Morris Water-Department,    320 Wauponsee St,    Morris IL 60450-2125
11562951   +Preferred Capital Lending Inc,    368 W Huron St #200,    Chicago IL 60654-3424
11562950   ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
             OVERLAND PARK KS 66207-0949
             (address filed with court: Nextell Communication,    PO Box 4191,   Carol Stream IL 60197)
11419412   ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
             OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,    PO Box 4191,   Carol Stream, IL 60197-4191)
11419409    Saxon Mortgage Services,    PO Box 961105,    Fort Worth, TX 76161-0105
11419410    Sears Credit Cards,    PO Box 183081,   Columbus, OH 43218-3081
11562952   +St Joe's Hospital & Rehab,    333 N Madison St,    Joliet IL 60435-8200
11562953    Yellow Pages,    PO Box 41308,   Jacksonville FL 32203-1308
11419414    Yellow Pages,    c/o Executive Financial Enterprises,    9663 San Marco Blvd., Ste. 602,
             Beverly Hills, CA 90210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11628157     E-mail/PDF: BNCEmails@blinellc.com Oct 18 2011 03:10:13      B-Real, LLC,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
12407627    +E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14      Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11419400     E-mail/Text: legalcollections@comed.com Oct 18 2011 02:13:57     ComEd,   Bill Payment Center,
              Chicago, IL 60668-0001
17620914    +E-mail/Text: bankruptcy.cr.dept@dhl.com Oct 18 2011 02:15:03      DHL Express,   POBox 4723,
              Houston TX 77210-4723
11419407     E-mail/Text: bankrup@nicor.com Oct 18 2011 02:12:57      Nicor Gas,   PO Box 416,
              Aurora, IL 60568-0001
12389465     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11531819    +E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14
              Recovery Management Systems Corporation,    For GE Money Bank,   dba WALMART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11531984    +E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14
              Recovery Management Systems Corporation,    For GE Money Bank,   dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11419408     E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      Sam's Club,   PO Box 530942,
              Atlanta, GA 30353-0942
11419413     E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      Wal-Mart,   PO Box 530927,
              Atlanta, GA 30353-0927
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Clifford W Horwitz,   Horitz Horwitz & Associates Ltd
11419392     Al Fronek
11419397*    Capital One Bank,   PO Box 60024,   City Of Industry, CA 91716-0024
11419411*    Sears Credit Cards,   PO Box 183081,   Columbus, OH 43218-3081
11419406    ##+Morris Radiology Associates,   PO Box 809,   Morris, IL 60450-0809
                                                                                TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: rmarola              Page 2 of 2           Date Rcvd: Oct 17, 2011
                              Form ID: pdf006            Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                    **Signature:**   _Joseph Speetjens_