UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LAYNE, REX, SR. § Case No. 07-10574
LAYNE, PATTY A §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Patty Layne |  |  |  |
| LAYNE, PATTY. |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Preferred Capital Lending |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| Horowitz, Horowitz & Associates Ltd | | | | | |
| Horowitz, Horowitz & Associates | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | | | | |
| | AT&T Wireless % Law Offices of Mitchell N. Kay,PC PO Box 2374 Chicago, IL 60690-2374 | | | | | |
| | Al Fronek | | | | | |
| | Capital One Bank PO Box 60024 City Of Industry, CA 91716-0024 | | | | | |
| | City of Morris 320 Wauponsee St. Morris, IL 60450 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Healthcare Centers of Morris Hosp. Central Billing Office 201 S. Wabena Ave., Low.Level Ste.B Minooka, IL 60447 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Mickey Peterson a/k/a Laverne Peterson |  |  |  |  |  |
|  | Morris Hospital Business Office 150 W. High St. Morris, IL 60450-1497 |  |  |  |  |  |
|  | Morris Radiology Associates PO Box 809 Morris, IL 60450 |  |  |  |  |  |
|  | Nicor Gas PO Box 416 Aurora, IL 60568-0001 |  |  |  |  |  |
|  | Sam's Club PO Box 530942 Atlanta, GA 30353-0942 |  |  |  |  |  |
|  | Sears Credit Cards PO Box 183081 Columbus, OH 43218-3081 |  |  |  |  |  |
|  | Sears Credit Cards PO Box 183081 Columbus, OH 43218-3081 |  |  |  |  |  |
|  | Sprint PO Box 4191 Carol Stream, IL 60197-4191 |  |  |  |  |  |
|  | Wal-Mart PO Box 530927 Atlanta, GA 30353-0927 |  |  |  |  |  |
| 4 | AMERICAN RACING WHEELS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | B-REAL, LLC | | | | | |
| 2 | CAPITAL RECOVERY ONE | | | | | |
| 3 | CAPITAL RECOVERY ONE | | | | | |
| | CLERK OF BANKRUPTCY COURT | | | | | |
| 9 | ERIC BINDER | | | | | |
| 1 | MARILYN HORTON DBA FLAGSTONE PRO- | | | | | |
| 5 | YELLOW PAGES | | | | | |
| 8 | GRUNDY BANK | | | | | |
| 7 | LAVERNE(MICKEY)PETER SON | | | | | |
| 4I | AMERICAN RACING WHEELS | | | | | |
| 6I | B-REAL, LLC | | | | | |
| 2I | CAPITAL RECOVERY ONE | | | | | |
| 3I | CAPITAL RECOVERY ONE | | | | | |
| 9I | ERIC BINDER | | | | | |
| 8I | GRUNDY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7I | LAVERNE(MICKEY)PETERSON | | | | | |
| 1I | MARILYN HORTON DBA FLAGSTONE PRO- | | | | | |
| 5I | YELLOW PAGES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-10574 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | LAYNE, REX, SR. | | | Date Filed (f) or Converted (c): | 06/13/07 (f) |
| | LAYNE, PATTY A | | | 341(a) Meeting Date: | 07/12/07 |
| For Period Ending: | 09/30/12 | | | Claims Bar Date: | 11/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1714 Dupont, Morris-scheduled | 229,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash-scheduled | 10.00 | 0.00 | | 0.00 | FA |
| 3. Checking-Grundy Bank-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4. Savings account-Grundy-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 7. 2004 Cadillac-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| 8. 2001 Chevrolet-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. Personal injury action-scheduled | 0.00 | Unknown | | 900,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 23.45 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $265,760.00 | $0.00 | | $900,023.45 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has hired special counsel to prosecute a personal injury action. Discovery is continuing. The Trustee filed
his Final Report and made the distribution to creditors. Teh trustee stopped payment on teh checks that did not clear
and will file his report Of Unclaimed Funds.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-10574 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | LAYNE, REX, SR. | | Bank Name: | The Bank of New York Mellon |
| | LAYNE, PATTY A | | Account Number / CD #: | *******5265  Money Market Account |
| Taxpayer ID No: | *******4376 | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/11 | 9 | Exelon | Payment of PI settlement per court order DEPOSIT CHECK #62-4/311 | 1142-000 | 900,000.00 | | 900,000.00 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.21 | | 900,001.21 |
| 06/01/11 | 001001 | Horowitz, Horowitz & Associates Ltd | Payment of special counsel attorney fee per court orer | 3210-600 | | 300,000.00 | 600,001.21 |
| 06/01/11 | 001002 | Horowitz, Horowitz & Associates | Payment of special counsel's expenses per court order | 3220-610 | | 74,842.59 | 525,158.62 |
| 06/01/11 | 001003 | Patty Layne | Payment of PI exemption per court order | 8100-002 | | 15,000.00 | 510,158.62 |
| 06/02/11 | 001004 | Preferred Capital Lending | Payment of lien per court order | 4210-000 | | 27,000.00 | 483,158.62 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.13 | | 483,162.75 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.10 | | 483,166.85 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.10 | | 483,170.95 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.96 | | 483,174.91 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.10 | | 483,179.01 |
| 11/14/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 1.85 | | 483,180.86 |
| 11/14/11 | | To Acct #*******5266 | Transfer for final distribution | 9999-000 | | 483,180.86 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 900,023.45 | 900,023.45 |
| Less: Bank Transfers/CD's | 0.00 | 483,180.86 |
| Subtotal | 900,023.45 | 416,842.59 |
| Less: Payments to Debtors | | 15,000.00 |
| Net | 900,023.45 | 401,842.59 |

Page Subtotals    900,023.45    900,023.45

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-10574 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | LAYNE, REX, SR. | Bank Name: | The Bank of New York Mellon |
| | LAYNE, PATTY A | Account Number / CD #: | *******5266 Checking Account |
| Taxpayer ID No: | *******4376 | | |
| For Period Ending: | 09/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/11 | | From Acct #*******5265 | Transfer for final distribution | 9999-000 | 483,180.86 | | 483,180.86 |
| 11/22/11 | 000101 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Dividend paid 100.00% on $38.64,<br>Trustee Expenses; Reference: | 2200-000 | | 38.64 | 483,142.22 |
| 11/22/11 | 000102 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Dividend paid 100.00% on<br>$14,000.00, Trustee Compensation; Reference: | 2100-000 | | 14,000.00 | 469,142.22 |
| 11/22/11 | 000103 | Marilyn Horton dba Flagstone Pro-<br>perties% Angela M. Fillenwarth Atty<br>124 W. Washington St.<br>Morris, IL 60450 | Dividend paid 100.00% on<br>$5,731.25; Claim# 1; Filed: $5,731.25; Reference: | 7100-000 | | 5,731.25 | 463,410.97 |
| 11/22/11 | 000104 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Dividend paid 100.00% on $234.42;<br>Claim# 2; Filed: $234.42; Reference: | 7100-000 | | 234.42 | 463,176.55 |
| 11/22/11 | 000105 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Dividend paid 100.00% on $313.36;<br>Claim# 3; Filed: $313.36; Reference: | 7100-000 | | 313.36 | 462,863.19 |
| * 11/22/11 | 000106 | American Racing Wheels<br>19067 S. Reyes Ave.<br>Rancho Dominguez, CA 90221 | Dividend paid 100.00% on<br>$1,442.00; Claim# 4; Filed: $1,442.00; Reference:<br>Check returned -addressee now undeliverable | 7100-004 | | 1,442.00 | 461,421.19 |
| * 11/22/11 | 000107 | Yellow Pages<br>c/o Executive Financial Enterprises<br>9663 San Marco Blvd., Ste. 602<br>Beverly Hills, CA 90210 | Dividend paid 100.00% on<br>$1,046.00; Claim# 5; Filed: $1,046.00; Reference: | 7100-003 | | 1,046.00 | 460,375.19 |
| 11/22/11 | 000108 | B-Real, LLC<br>MS 550<br>PO Box 91121 | Dividend paid 100.00% on $407.73;<br>Claim# 6; Filed: $407.73; Reference: | 7100-000 | | 407.73 | 459,967.46 |

Page Subtotals 483,180.86 23,213.40

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 07-10574 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | LAYNE, REX, SR. | Bank Name: | The Bank of New York Mellon |
|  | LAYNE, PATTY A | Account Number / CD #: | *******5266  Checking Account |
| Taxpayer ID No: | *******4376 | | |
| For Period Ending: | 09/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Seattle, WA  98111-9221 | | | | | |
| | 11/22/11 | 000109 | Eric Binder<br>1389 Heritage Drive<br>Morris, IL  60450 | Dividend paid 100.00% on<br>$7,000.00; Claim# 9; Filed: $7,000.00; Reference: | 7100-000 | | 7,000.00 | 452,967.46 |
| | 11/22/11 | 000110 | LaVerne(Mickey)Peterson<br>304 11th Street<br>Marseilles, IL  61341 | Dividend paid 100.00% on<br>$26,000.00; Claim# 7; Filed: $26,000.00; Reference: | 7200-000 | | 26,000.00 | 426,967.46 |
| | 11/22/11 | 000111 | Grundy Bank<br>201 N. Liberty<br>Morris, IL  60450 | Dividend paid 100.00% on<br>$24,470.10; Claim# 8; Filed: $24,470.10; Reference: | 7200-000 | | 24,470.10 | 402,497.36 |
| | 11/22/11 | 000112 | Marilyn Horton dba Flagstone Pro-<br>perties% Angela M. Fillenwarth Atty<br>124 W. Washington St.<br>Morris, IL  60450 | Dividend paid 100.00% on<br>$1,225.33; Claim# 1I; Filed: $1,225.33; Reference: | 7990-000 | | 1,225.33 | 401,272.03 |
| | 11/22/11 | 000113 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | Dividend paid 100.00% on $50.12;<br>Claim# 2I; Filed: $50.12; Reference: | 7990-000 | | 50.12 | 401,221.91 |
| | 11/22/11 | 000114 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | Dividend paid 100.00% on $67.00;<br>Claim# 3I; Filed: $67.00; Reference: | 7990-000 | | 67.00 | 401,154.91 |
| * | 11/22/11 | 000115 | American Racing Wheels<br>19067 S. Reyes Ave.<br>Rancho Dominguez, CA  90221 | Dividend paid 100.00% on $308.30;<br>Claim# 4I; Filed: $308.30; Reference:<br>Check returned-addressee now undeliverable | 7990-003 | | 308.30 | 400,846.61 |
| * | 11/22/11 | 000116 | Yellow Pages<br>c/o Executive Financial Enterprises<br>9663 San Marco Blvd., Ste. 602<br>Beverly Hills, CA  90210 | Dividend paid 100.00% on $223.63;<br>Claim# 5I; Filed: $223.63; Reference: | 7990-003 | | 223.63 | 400,622.98 |
| | 11/22/11 | 000117 | B-Real, LLC<br>MS 550<br>PO Box 91121 | Dividend paid 100.00% on $87.17;<br>Claim# 6I; Filed: $87.17; Reference: | 7990-000 | | 87.17 | 400,535.81 |

Page Subtotals          0.00        59,431.65

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-10574 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | LAYNE, REX, SR. | | Bank Name: | The Bank of New York Mellon |
| | LAYNE, PATTY A | | Account Number / CD #: | *******5266 Checking Account |
| Taxpayer ID No: | *******4376 | | | |
| For Period Ending: | 09/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Seattle, WA 98111-9221 | | | | | |
| | 11/22/11 | 000118 | LaVerne(Mickey)Peterson<br>304 11th Street<br>Marseilles, IL 61341 | Dividend paid 100.00% on<br>$5,558.77; Claim# 7I; Filed: $5,558.77; Reference: | 7990-000 | | 5,558.77 | 394,977.04 |
| | 11/22/11 | 000119 | Grundy Bank<br>201 N. Liberty<br>Morris, IL 60450 | Dividend paid 100.00% on<br>$5,231.68; Claim# 8I; Filed: $5,231.68; Reference: | 7990-000 | | 5,231.68 | 389,745.36 |
| | 11/22/11 | 000120 | Eric Binder<br>1389 Heritage Drive<br>Morris, IL 60450 | Dividend paid 100.00% on<br>$1,496.59; Claim# 9I; Filed: $1,496.59; Reference: | 7990-000 | | 1,496.59 | 388,248.77 |
| | 11/22/11 | 000121 | LAYNE, PATTY.<br>1714 DUPONT AVE.<br>MORRIS, IL 60450 | Dividend paid 99.95% on<br>$388,413.08; Claim# SURPLUS; Filed: $388,413.08;<br>Reference: | 8200-000 | | 388,248.77 | 0.00 |
| * | 12/06/11 | 000106 | American Racing Wheels<br>19067 S. Reyes Ave.<br>Rancho Dominguez, CA 90221 | STOP PAYMENT<br>Dividend paid 100.00% on<br>Check returned -addressee now undeliverable | 7100-004 | | -1,442.00 | 1,442.00 |
| | 01/25/12 | | Transfer to Acct #*******4919 | Bank Funds Transfer | 9999-000 | | 1,442.00 | 0.00 |
| * | 05/17/12 | 000107 | Yellow Pages<br>c/o Executive Financial Enterprises<br>9663 San Marco Blvd., Ste. 602<br>Beverly Hills, CA 90210 | Dividend paid 100.00% on<br>Check never cashed | 7100-003 | | -1,046.00 | 1,046.00 |
| * | 05/17/12 | 000115 | American Racing Wheels<br>19067 S. Reyes Ave.<br>Rancho Dominguez, CA 90221 | Dividend paid 100.00% on $308.30;<br>Check never cashed | 7990-003 | | -308.30 | 1,354.30 |
| * | 05/17/12 | 000116 | Yellow Pages<br>c/o Executive Financial Enterprises<br>9663 San Marco Blvd., Ste. 602<br>Beverly Hills, CA 90210 | Dividend paid 100.00% on $223.63;<br>Check never cashed | 7990-003 | | -223.63 | 1,577.93 |
| | 08/20/12 | | Transfer to Acct #*******4919 | Bank Funds Transfer | 9999-000 | | 1,577.93 | 0.00 |

| | | | | Page Subtotals | | 0.00 | 400,535.81 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-10574 -BL |
| Case Name: | LAYNE, REX, SR. |
| | LAYNE, PATTY A |
| Taxpayer ID No: | *******4376 |
| For Period Ending: | 09/30/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5266  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 483,180.86 | 483,180.86 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 483,180.86 | 3,019.93 | |
| | | | Subtotal | 0.00 | 480,160.93 | |
| | | | Less:  Payments to Debtors | | 388,248.77 | |
| | | | Net | 0.00 | 91,912.16 | |

Page Subtotals        0.00        0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-10574 -BL |
| Case Name: | LAYNE, REX, SR. |
| | LAYNE, PATTY A |
| Taxpayer ID No: | *******4376 |
| For Period Ending: | 09/30/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5267  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2 Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| | |
|---|---|
| Case No: | 07-10574 -BL |
| Case Name: | LAYNE, REX, SR. |
| | LAYNE, PATTY A |
| Taxpayer ID No: | *******4376 |
| For Period Ending: | 09/30/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4919 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5266 | Bank Funds Transfer | 9999-000 | 1,442.00 | | 1,442.00 |
| 08/20/12 | | Transfer from Acct #*******5266 | Bank Funds Transfer | 9999-000 | 1,577.93 | | 3,019.93 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,019.93 | 0.00 | 3,019.93 |
| Less: Bank Transfers/CD's | 3,019.93 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5265 | 900,023.45 | 401,842.59 | 0.00 |
| Checking Account - ********5266 | 0.00 | 91,912.16 | 0.00 |
| Money Market Account - ********5267 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4919 | 0.00 | 0.00 | 3,019.93 |
| | 900,023.45 | 493,754.75 | 3,019.93 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 3,019.93 0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*